**ORDERED.**

**TIFFANY & BOSCO**
P.A.

**2525 EAST CAMELBACK ROAD**
**SUITE 300**
**PHOENIX, ARIZONA 85016**
**TELEPHONE: (602) 255-6000**
**FACSIMILE: (602) 255-0192**

Dated: December 11, 2009

_____
**EILEEN W. HOLLOWELL**
U.S. Bankruptcy Judge

Mark S. Bosco
State Bar No. 010167
Leonard J. McDonald
State Bar No. 014228
Attorneys for Movant

09-26538/100896950

## IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE:<br><br>Matthew Scott MacCallum and Lisa Anne MacCallum<br>      Debtors.<br>_____<br>Deutsche Bank National Trust Company, as Trustee under the Pooling and Servicing Agreement dated as of August 1, 2007, GSAMP Trust 2007-HSBC1<br>      Movant,<br>vs.<br><br>Matthew Scott MacCallum and Lisa Anne MacCallum, Debtors, Stanley J. Kartchner, Trustee.<br><br>      Respondents. | No. 4:09-bk-25791-EWH<br><br>Chapter 7<br><br>ORDER<br><br>(Related to Docket #10) |

Movant's Motion for Relief from the Automatic Stay and Notice along with the form of proposed Order Lifting Stay, having been duly served upon Respondents, Respondents' counsel and Trustee, if any, and no objection having been received, and good cause appearing therefor,

IT IS HEREBY ORDERED that all stays and injunctions, including the automatic stays imposed

by U.S. Bankruptcy Code 362(a) are hereby vacated as to Movant with respect to that certain real property which is further described as:

   THE FOLLOWING REAL PROPERTY SITUATED IN PINAL COUNTY, ARIZONA:

   LOT66 CASTLEGATE PARCEL, ACCORDING TO THE PLAT RECORDED IN CABINET D. SLIDE 102, RECORDS OF PINAL COUNTY, ARIZONA
   BEING WITH SAME PROPERTY CONVEYED TO MATTHEW S. MACCALLUM AND LISA A. MACCALLUM, HUSBADN ANDWIFE BY DEED FROM PROVIDENCE HOMES, INC. RECORDED 2/25/2004 IN DPCUMENT NO. 2004-013188, IN THE COUNTY RECORDER'S OFFICE OF PINAL COUNTY, ARIZONA

   IT IS FURTHER ORDERED that this Order shall remain in effect in any bankruptcy chapter to which the Debtor may convert.

   DATED this ____ day of _____, 2009.

                                          _____
                                          JUDGE OF THE U.S. BANKRUPTCY COURT